

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

McKenzie Thompson, an individual

**Plaintiff,**

V.

Wallace Commercial Landscape; Does 1 through 25, inclusive

**Defendant.**

Civil Action No.  23-cv-1530-AJB-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants the Defendant's Motion for Summary Judgment, and Denies the Defendant's Motion for Rule 11 sanctions.

Judgment is entered on behalf of Defendant's and against the Plaintiff on all remaining claims.

The case is hereby closed.

Date:  8/15/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy